| | | | |
|---|---|---|---|
| | AUSA: DePorre | Telephone: | (810) 766-5177 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Bowling, ATF | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Kellen Devon Dixon,

Case: 4:25−mj−30140
Judge: Curtis Ivy, Jr.
Filed Date : 3/13/2025
CMP USA v DIXON

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause to believe that on March 12, 2025, Kellen Devon Dixon, having been convicted of an offense punishable by a term of imprisonment exceeding one year knowingly possessed in interstate commerce a firearm and ammunition in violation of Title 18 U.S.C. § 922(g)(1). .

☑ Continued on the attached sheet.

_Complainant's signature_

Daniel Bowling, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 13, 2025__

_Judge's signature_

City and state: __Flint, MI__    Curtis Ivy, Jr., United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT

I, Daniel Bowling, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, hereby declare and state:

1. I am a Special Agent with ATF and am currently assigned to the Detroit Field Division, Flint Field Office. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 21 U.S.C. § 801, et. seq. and 18 U.S.C. § 2516.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Kellen Devon Dixon.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

1

4. Based on the facts set forth in this affidavit, there is probable cause to believe on March 12, 2025, Dixon possessed a firearm after being previously convicted of a felony offense, in violation of Title 18 U.S.C. 922(g)(1).

5. I have been employed by the ATF since July 26, 2015. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. During my time there, I was assigned to the Gang Unit from August of 2012 until May of 2015. I have testified in all levels of court proceedings, both at the state and the federal level. I have conducted scores of investigations related to the illegal possession of firearms.

## PROBABLE CAUSE

6. On Wednesday March 12, 2025, at approximately 7:20 a.m., Grand Blanc Township Police were dispatched to an apartment in response to a call stating there was a domestic assault with weapons in progress. While police travelled to the apartment, dispatch advised officers that a female victim had been assaulted by her boyfriend, the boyfriend locked the victim out of her apartment, and the boyfriend was armed with a gun.

7. Officers arrived on scene and made contact with the victim, and with Kellen Devon Dixon, the boyfriend and suspect. The officers separated Dixon and

the victim. After an investigation, officers placed Dixon under arrest for domestic assault. Officers spoke with the victim who advised that the assault took place in her bedroom. The victim stated that it is her apartment, and that Dixon stays at the apartment most nights. The victim stated that she and Dixon got into an argument at which time Dixon assaulted her by punching her in the back of the head, throwing the victim on the ground, climbing on top of her and choking her while saying, "I'm going to kill you." Officers observed visible injuries on the victim's neck.

8.  The victim indicated that Dixon had a firearm in the white clothes hamper in the hallway and that everything in the hamper, including a green backpack, a white Sony PlayStation and boxes of shoes, belonged to Dixon. The victim stated that the black safe in the bedroom also belonged to Dixon. Officers recovered the safe, Dixon's belongings as well as the firearm from the hamper. The firearm was identified as a black/brown Century Arms C39 Pistol 7.62x39 caliber bearing serial #39WM001192. The pistol had one round chambered and eleven (11) rounds in the magazine. I reviewed photos depicting clothing in the hamper, and the clothes appeared consistent with male clothing rather than female clothing. I also reviewed photos of items from the safe, which had Dixon's name on them.

9.  I reviewed the criminal history for Dixon which revealed that in 2022 Dixon was charged with being in possession of a machinegun, in violation of Title 18 U.S.C. § 922(o). Dixon subsequently pled to the federal charge and was

sentenced to 16 months BOP and 24 months supervised release. Dixon is currently on bond pending a supervised release violation hearing. Based on Dixon's criminal history, it was determined that he is prohibited from possessing firearms under the Gun Control Act.

10. An ATF agent who has been recognized by the ATF as an interstate nexus expert reviewed the firearm and determined that the firearm was manufactured outside of the state of Michigan and therefore traveled in interstate commerce at some point since its manufactured date.

11. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on March 12, 2025, Kellen Devon Dixon, having been convicted of an offense punishable by a term of imprisonment exceeding one year knowingly possessed in interstate commerce a firearm and ammunition in violation of Title 18 U.S.C. § 922(g)(1).

_____
Daniel Bowling
Special Agent, ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on this 13th day of March, 2025.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

4